```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
YANICK BIEN-AIME, MARTHE ICART,           |
and BERNARD ROBINSON,                     |
                                          |
            Plaintiffs,                   |        NOT FOR PUBLICATION
                                          |        ORDER
        -against-                         |
                                          |        04 CV 3128 (CBA)
GATE SAFE, INC., LUCIA CHAVEZ,            |
GUILLERMO ALATRISTA, and                  |
JOSE RODRIGUEZ,                           |
                                          |
            Defendants.                   |
------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

This Court has received the report and recommendation ("R&R") of the Honorable Kiyo A. Matsumoto, United States Magistrate Judge, recommending that this Court (1) deny plaintiff Yanick Bien Aime's motion for default judgment against defendant Jose Rodriguez, (2) dismiss her claim under 42 U.S.C. § 1981 with prejudice, (3) dismiss her claims pursuant to the New York State Human Rights Law and New York City Human Rights Law; and (4) award her attorneys' fees in the amount of $2,000.00.

Because no party has objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED.

Dated:      Brooklyn, New York
            August 2, 2006

                                            Carol Bagley Amon
                                            United States District Judge